# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE FAIR,<br>    Plaintiff(s),<br>v.<br>STATE OF NEVADA, et al.,<br>    Defendant(s). | Case No. 2:22-cv-01969-JAD-NJK<br><br>**Order** |

On May 26, 2023, the parties settled this case at an inmate early mediation conference, at which time settlement documents were executed. Docket No. 9. A deadline was set to file dismissal papers by June 29, 2023. *Id.* To date, no such dismissal papers have been filed. The Court **ORDERS** the parties to file dismissal papers by July 12, 2023.

IT IS SO ORDERED.

Dated: July 5, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1