AARON D. FORD
Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-4070 (phone)
(702) 486-3773 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERENCE FAIR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:22-cv-01969-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 11 |

　　　　Plaintiff, Terence Fair, and Defendants MINEV, JOHNSON, CARILLO, and GUTTIERREZ, and JANE DOES 1–8, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this case be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties further stipulate and agree that the parties are to bear their own attorney's fees and costs. As the parties have resolved this matter in its entirety, the Court may close this case. Any outstanding deadlines are considered moot.

DATED this 26th day of May, 2023.   DATED this 26th day of May, 2023.

AARON D. FORD
Attorney General

By: *(signed)* Terence Fair
Terence Fair, #1229972
Plaintiff, Pro Se

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Defendants*

## ORDER

Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 14, 2023